Name
Dr. Anthony  Nguyen -Harvard PostDoc-JD-LLM-M.S,M.Arch,MBA
Honor USAF Disabled Veteran .
TOAN THAI
MINH NGUYET NGUYEN .

Contacted Attorney :

Address    1801 N.MARTIN LUTHER KING ,LAS VEGAS , NV 89106,NUMBER 270185.
Phone (888)398-8873.
Fax number
Email   airforcelawcenter@gmail.com.

FILED

2018 MAR -9  PM 3: 08

# US DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| ANDREW D. WEISS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff/Cross Defendant | |
| vs. | |
| ANTHONY NGUYEN . | |
| Defendant/Cross Plaintiff. | |

Case       **SACV 18 - 00390 DOC (DFMx)**

## EXHIBITS FOR :

**NOTICE OF REMOVAL  CASES FROM ORANGE COUNTY SUPERIOR COURT . ( DIVERSITY CITIZENSHIP AND FEDERAL QUESTIONS ).**

**Case ANDREW D. WEISS  v. ANTHONY NGUYEN 2017-00906325.**

**(WEISS IS COUNSEL OF  THIEN TRAN is a Criminal Defendant at  crime case-Attempted Murder -14-21472 -BUENA PARK POLICE . (Andrew Weiss  was pending charged from his Violence ,Witness Tampering , Fraud ,Many Criminal Misconducts  to Crime Victim Nguyen and his Family  from 2014 until now -Case#066851 -GGPD, case 17-044005 -Pending OCDA Office).**

To The Court and all of parties .

Crime victimes Anthony Nguyen , Toan Thai , Minh Nguyet Nguyen respectfully submit EXHIBITS
for Removal to Federal Court as attachments.

Respectfully submitted ,

Crime Victims .

Anthony Nguyen.
Toan Thai .

Minh Nguyet Nguyen .

# EXHIBITS LISTS

EXHIBIT 01 :

EXHIBIT A1: WEISS'COMPLAINT 03/2017(5PG-PAGES)A2 :COVERSHEET (2)
EXHIBIT B : WEISS'S COMPLAINT AGAINST MINH NGUYET NGUYEN 04/20/2017 .(2)
EXHIBIT C : WEISS 'S COMPLAINT AGAINST TOAN THAI 04/20/2017.(2)


EXHIBIT 02 :(03 PGS).

RULINGS ON 02/23/2018
EXHBIT 03 :(33PGS)
MOTION ON 02/23/2018

EXHIBIT 04:(2PGS)
RULING ON 02/20/2018

EXHIBIT 05 (26PGS)
MOTION ON STAY FROM CRIMINAL CASES PENDING )

EXHBIT 06 (28PGS )
MOTION ON STAY CASE CRIMINAL CASE PENDING .
EXHIBIT 07 (02PGS)

RULINGS ON 02/21/2018
EXHIBIT 08 (08 PGS )

MOTION OF WEISS 02/02/2018 OF WEISS TO STRIKE CROSS-COMPLAINT

EXHBIT 09 (02 PGS)

STATEMENTS OF WEISS
EXHIBIT 10 (05 PGS)

MOTION 02/01/2018 -RECONSIDER VICTIM'DEPO

EXHIBIT 11 (01 PG)


RULING ON 12/20/2017

EXHIBITS 12(02PGS)

RULING 11/29/17
MOTION TO SQUASH SUBPOENA TOAN THAI.

EXHIBIT 13(47PGS)

MOTION 09/18/17
MOTION TO STRIKE RULING TOAN THAI'S DEPO.

EXHIBIT 14 (52 PGS )

MOTION TERMINATION SANCTION TOAN THAI .

EXHIBIT 14 BIS  (02 PGS )

07/18/17
DEPO TO THINH DOAN -INVASION TO PRIVACY .

EXHIBIT 15 (47PGS )

MOTION TO LEAVE AMEND COMPLAINT.
EXHIBIT 16 (01 PAGES )

DENYING RULING SUBPOENA TOAN THAI 06/28/2017.
EXHIBIT 17 (05 PAGE )

06/12/17 :NOTICE CRIME CASES .

EXHIBIT 18 (06 PGS)
DEMURRER TO COMPLAINT

EXHIBIT 19 (01 PG )
05/17/17 :PROOF OF SERVICE .TOAN THAI .

EXHIBIT 20 (03 PGS)
MINH NGUYET NGUYEN 05/17/2017 .
PROOF OF SERVICE .
EXHIBIT 21 (08 PGS )

WEISS WAS ASKING THINH DOAN ABOUT CRIME VICTIMS'S INFORMATION .

# EXHIBITS 

 **WEISS LAWSUIT 00906325.**

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**03/02/2017** at 09:33:22 AM
Clerk of the Superior Court
By Marlene Orellana, Deputy Clerk

1 | Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
2 | 26459 Rancho Parkway South
Lake Forest, California 92653
3 | Telephone: (949) 360-9478
Facsimile: (949) 360-0302
4 | Email: oclawadw@aol.com
Pro Se

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| ANDREW D. WEISS, an individual, | Case No: 30-2017-00908326-CU-PO-CJC |
| Plaintiff; | Judge Frederick P. Horn |
| v. | |
| ANTHONY NGUYEN | COMPLAINT FOR: |
| | 1) Malicious Prosecution |
| | 2) Declaration That Anthony Nguyen is a Vexatious Litigant |
| DOES 1 through 100; | |
| Defendants. | |

Plaintiff ANDREW D. WEISS (hereinafter "Plaintiff") alleges as follows:

### FIRST CAUSE OF ACTION

#### (Malicious Prosecution)

#### [Plaintiff Against All Defendants]

1. Andrew D. Weiss ("Plaintiff") is an individual residing in the County of Orange, State of California.

2. Plaintiff is informed and believes and based thereon alleges that defendant ANTHONY NGUYEN,

---
1
Complaint

73

1   Dr. Antony Nguyen ("ANTHONY NGUYEN") is an individual who resides in Orange County,
2   California.

3          3. Plaintiff is informed and believes and based thereon alleges that defendant TOM
4   NGUYEN aka Thanh Nguyen ("TOM NGUYEN") is an individual who resides in Orange County,
5   California.

6          4. Except as otherwise alleged, Plaintiff is unaware of the true names and capacities of the
7   named defendants designated herein as Does 1 through 100. Plaintiff will amend this complaint in
8   order to allege said defendants' true names and capacities if and when ascertained.

9          5. Plaintiff is informed and believes and based thereon alleges that at all times mentioned
10  herein, Defendants, both named and fictitious, were the agents, employees, employers, trustees,
11  partners, servants, contractors, and/or officers of some or all of the remaining Defendants, and that
12  the acts and omissions herein alleged were done by them, acting individually, through such capacity
13  and within the scope of their authority, and that said conduct was thereafter ratified by each of the
14  remaining Defendants.

15         6. On or about May 8, 2014, ANTHONY NGUYEN began harassing Thien Tran ("Tran").
16  The harassment started after Tran's ex-wife, Thu Hien Nguyen, ended her brief relationship with
17  ANTHONY NGUYEN.

18         7. Following the May 8, 2014, incident, ANTHONY NGUYEN sought a restraining order
19  against Tran by filing a harassment action styled *Nguyen v. Tran* OCSC case number 30-2014-
20  00722268.

21         8. Tran filed his own harassment action styled *Tran v. Nguyen* OCSC case number 30-
22  2014-00722873.

23         9. The two aforementioned harassment actions were consolidated for trial and tried to the
24  Court on June 6, 2014, and June 10, 2014. Following the trial, a restraining order was entered
25  against ANTHONY NGUYEN. ANTHONY NGUYEN's request for a restraining order against
26  Tran was denied.

27

28

---
**2**
Complaint

74

10. Following his loss in the aforementioned harassment trial, ANTHONY NGUYEN began a campaign of harassing Tran, Thu Hien Nguyen, their friends, their attorneys and the judges who consistently ruled against ANTHONY NGUYEN.

11. In connection with his harassment campaign, ANTHONY NGUYEN filed two actions against Plaintiff in the Federal District Court for the Central District of California styled *Nguyen v. Weiss* USDC CDCA SACV16-00783 and *Nguyen v. Miller* USDC CDCA SACV16-002137 (collectively "Federal Actions").

12. Both Federal Actions were terminated in Plaintiff's favor in that the Federal District Court dismissed both Federal Actions.

13. ANTHONY NGUYEN filed and prosecuted both Federal Actions with malice directed at Plaintiff. ANTHONY NGUYEN intended to cause harm to Plaintiff and Plaintiff's clients.

14. ANTHONY NGUYEN has acted with malice toward Plaintiff by repeatedly threatening to report Plaintiff to the FBI, local law enforcement and the State Bar and to have Plaintiff arrested.

15. ANTHONY NGUYEN has acted with malice toward Plaintiff by repeatedly filing pleadings falsely accusing Plaintiff of representing communist spies, transmitting information regarding ANTHONY NGUYEN to communists spies in Vietnam, and being involved in money laundering.

16. ANTHONY NGUYEN has acted with malice toward Plaintiff by sending emails with profanity directed toward Plaintiff.

17. TOM NGUYEN conspired with ANTHONY NGUYEN to file and prosecute the malicious actions against Plaintiff.

18. On July 30, 2015, TOM NGUYEN and/or ANTHONY NGUYEN, using the name Thinh Doan, sent an email to Plaintiff falsely claiming to be an attorney and accusing Plaintiff of violating "Federal laws included (sic) CIA Act, NSA act as well."

19. ANTHONY NGUYEN and TOM NGUYEN have filed numerous proofs of service with the State and Federal courts which falsely claim that TOM NGUYEN served Plaintiff with copies of pleadings. The false proofs of service have interfered with Plaintiff's ability to represent his clients.

---
3
Complaint

20. On May 6, 2016, ANTHONY NGUYEN and/or TOM NGUYEN sent an email to Plaintiff stating the *Nguyen v. Weiss* USDC CDCA SACV16-00783 action was "a gift in Mother day."

21. TOM NGUYEN signed numerous proofs of service falsely claiming that the complaints and other documents filed in ANTHONY NGUYEN's malicious actions, were served on Plaintiff.

22. TOM NGUYEN signed false declarations in support of ANTHONY NGUYEN's malicious actions filed against Plaintiff.

23. Defendants' false allegations against Plaintiff are defamatory per se. In addition, Plaintiff has suffered economic and non-economic damages in the sum to be established at trial but in no event less than $100,000.00.

24. In performing the acts herein alleged, Defendants acted despicably and in willful and conscious disregard of Plaintiff's rights and with the intent to harm Plaintiff and deprive Plaintiff of money and property, thereby justifying an award of punitive damages against Defendants.

## SECOND CAUSE OF ACTION

### (Vexatious Litigant)

### [Plaintiff Against Anthony Nguyen]

25. Plaintiff repeats and re-alleges each and every allegation in Paragraphs 1 through 22, inclusive, of the Complaint as though fully set forth at this point.

26. In the seven years prior to the filing of this action, ANTHONY NGUYEN has commenced, prosecuted, and maintained in propria persona more than five actions that were finally determined adversely to ANTHONY NGUYEN.

27. After the actions styled *Nguyen v. Tran* OCSC case number 30-2014-00722268 and *Tran v. Nguyen* OCSC case number 30-2014-00722873 were finally determined adversely to ANTHONY NGUYEN, he repeatedly attempted, in propria persona, to relitigate the validity of the determinations in those actions.

28. In *Tran v. Nguyen* OCSC case number 30-2014-00722873, while acting in propria persona, ANTHONY NGUYEN repeatedly filed unmeritorious motions and other papers, which were intended to cause unnecessary delay, including multiple motions to stay the action, multiple

4

Complaint

1    motions to quash service of an order for a judgment debtor examination served on ANTHONY

2    NGUYEN, and twice improperly removed the action to Federal District Court.

3        29. The actions of ANTHONY NGUYEN, as set forth above, justify a finding that

4    ANTHONY NGUYEN is a vexatious litigant, pursuant to Sections 391 through 391.8 of the Code

5    of Civil Procedure, and justify an order subjecting ANTHONY NGUYEN to the pre-filing

6    requirements set forth in those code sections.

7        WHEREFORE, Plaintiff respectfully prays for judgment as follows:

8    **FIRST CAUSE OF ACTION**

9        1. For general and special damages in a sum to be determined at trial, but in no event

10    less than $100,000.00;

11        2. Exemplary and punitive damages.

12    **SECOND CAUSE OF ACTION**

13        3. For a determination that Anthony Nguyen is a vexatious litigant;

14    **ALL CAUSES OF ACTION**

15        4. For costs of suit; and,

16        5. For such other and further relief as the court deems just and proper.

17

18                    LAW OFFICES OF ANDREW D. WEISS

19

20    Dated: March 1, 2017            By: _____

21                     ANDREW D. WEISS

                        Pro Se

22

23    L:\FileCenter\Open Cases\Duong\WP\Pleadings 2\Complaint.wpd

24

25

26

27

28

5

Complaint

*EXhibit #2*
*Civil SHeet*
*00906325*

# Superior Court of California
## County of Orange



---

Case Number : 30-2017-00906325-CU-PO-CJC

Copy Request: 3574821

Request Type: Case Documents

Prepared for: an


Number of documents: 1

Number of pages: 2

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Andrew D. Weiss   SBN 121149<br>Law Offices of Andrew D. Weiss<br>26459 Rancho Parkway South<br>Lake Forest, CA  92630<br>  TELEPHONE NO.: (949) 360-9478     FAX NO.: (949) 360-0302<br>ATTORNEY FOR *(Name):* In Pro Per | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**03/02/2017** at 09:33:22 AM<br>Clerk of the Superior Court<br>By Marlene Orellana,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
  STREET ADDRESS: 700 Civic Center Drive West
  MAILING ADDRESS:
  CITY AND ZIP CODE: Santa Ana, 92701
  BRANCH NAME: Central Justice Center

CASE NAME:
Weiss v. Nguyen

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joiner<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 30-2017-00906325-CU-PO-CJC |
| | | | JUDGE: | Judge Frederick P. Horn |
| | | | DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) |     condemnation (14) |     above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) |     types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [✓] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
         issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary    b.[✓] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action *(specify):* 2
5. This case [ ] is  [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 3/1/2017
Andrew D. Weiss
_____
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

# Superior Court of California

## County of Orange



---

Case Number : 30-2017-00906325-CU-PO-CJC

Copy Request: 3574845

Request Type: Case Documents

Prepared for: an


Number of documents: 1

Number of pages: 2

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address):*
Andrew D. Weiss
Law Offices of Andrew D. Weiss
26459 Rancho Parkway South, Lake Forest, CA   92630

Telephone No.: (949) 360-9478        Fax No. (Optional): (949) 360-0302
E-Mail Address (Optional):oclawadw@aol.com
ATTORNEY FOR *(Name):* In Pro Per            Bar No: 121149

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**04/20/2017** at 02:52:00 PM
Clerk of the Superior Court
By Alexander Morgan, Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
- ☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
- ☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701
- ☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- ☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500

PLAINTIFF:  Andrew D. Weiss

DEFENDANT: Anthony Nguyen, et al.

CASE NUMBER:
30-2017-00906325

**AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT**

Case assigned to:
Judge: Hon. Frederick P. Horn
Department: C31
-Date complaint filed: March 2, 2017
Hearing/trial date:

---

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe _2_ ☐ Roe _____ to be Minh Nguyet Thi Nguyen _____

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: April 20, 2017 _____

Andrew D. Weiss
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

---

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as _____ .

I have discovered the true name of the party to be _____
_____ .

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

_____            _____
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date:_____        _____
                                      JUDICIAL OFFICER

Approved for Optional Use
L-0132 (Rev. January 10,
2013)

**AMENDMENT TO COMPLAINT/CROSS-COMPLAINT**

Code of Civil Procedure,
§§ 473, 474

**PROOF OF SERVICE**
1013a (3) CCP

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 26459 Rancho Parkway South, Lake Forest, California 92630.

On April 20, 2017, I served the foregoing document described as:

**AMENDMENT TO COMPLAINT - DOE 1**
**AMENDMENT TO COMPLAINT - DOE 2**
**AMENDMENT TO COMPLAINT - DOE 3**

on the interested parties in this action as follows:

Anthony Nguyen
15751 Brookhurst St. #221
Westminster, CA 92683
Telephone: (888) 398-8873 #01
Email: anthony.nguyen@post.harvard.edu
Defendant, In pro per

Tom Nguyen
15751 Brookhurst St. #221
Westminster, CA 92683
Defendant, In pro per

  X   By U.S. Mail

By placing a copy of the above-described document in an envelope, addressed as set forth above, with first class postage pre-paid for delivery to the above named person at the above-listed address and depositing such envelope in a U.S. Mail collection box.

Executed on April 20, 2017, at Lake Forest, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Nicole Williams



# Superior Court of California

## County of Orange



---

Case Number : 30-2017-00906325-CU-PO-CJC

Copy Request: 3574854

Request Type: Case Documents

Prepared for: an

Number of documents: 1

Number of pages: 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*:<br>Andrew D. Weiss<br>Law Offices of Andrew D. Weiss<br>26459 Rancho Parkway South, Lake Forest, CA 92630<br><br>Telephone No.: (949) 360-9478     Fax No. (Optional): (949) 360-0302<br>E-Mail Address (Optional):oclawadw@aol.com<br>ATTORNEY FOR *(Name)*: In Pro Per          Bar No: 121149 | *FOR COURT USE ONLY*<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**04/20/2017** at 02:52:00 PM<br>Clerk of the Superior Court<br>By Alexander Morgan,Deputy Clerk |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500

| PLAINTIFF: Andrew D. Weiss<br><br>DEFENDANT: Anthony Nguyen, et al. | CASE NUMBER:<br>30-2017-00906325 |
|---|---|

| AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT | Case assigned to:<br>Judge: Hon. Frederick P. Horn<br>Department: C31<br>Date complaint filed: March 2, 2017<br>Hearing/trial date: |
|---|---|

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe 1 ☐ Roe ____ to be Toan Quy Thai _____

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: April 20, 2017 _____

Andrew D. Weiss _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as _____.

I have discovered the true name of the party to be _____
_____.

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: _____

_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**
The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: _____

_____
                                                          JUDICIAL OFFICER

| Approved for Optional Use<br>L-0132 (Rev. January 10,<br>2013) | **AMENDMENT TO COMPLAINT/CROSS-COMPLAINT** | Code of Civil Procedure,<br>§§ 473, 474 |
|---|---|---|

**PROOF OF SERVICE**
1013a (3) CCP

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 26459 Rancho Parkway South, Lake Forest, California 92630.

    On <u>April 20, 2017,</u> I served the foregoing document described as:

      **AMENDMENT TO COMPLAINT - DOE 1**
      **AMENDMENT TO COMPLAINT - DOE 2**
      **AMENDMENT TO COMPLAINT - DOE 3**

on the interested parties in this action as follows:

Anthony Nguyen
15751 Brookhurst St. #221
Westminster, CA 92683
Telephone:  (888) 398-8873 #01
Email: anthony.nguyen@post.harvard.edu
Defendant, In pro per

Tom Nguyen
15751 Brookhurst St. #221
Westminster, CA 92683
Defendant, In pro per

  <u>X</u>  By U.S. Mail

    By placing a copy of the above-described document in an envelope, addressed as set forth above, with first class postage pre-paid for delivery to the above named person at the above-listed address and depositing such envelope in a U.S. Mail collection box.

    Executed on <u>April 20, 2017,</u> at Lake Forest, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Nicole Williams

EXHIBIT: ②
RULINGS ON 02/23/18.

# Superior Court of California

## County of Orange



Case Number : 30-2017-00906325-CU-PO-CJC

Copy Request: 3575106

Request Type: Case Documents

Prepared for: AN

Number of documents: 1

Number of pages: 3

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 02/23/2018                TIME: 09:00:00 AM           DEPT: C32
JUDICIAL OFFICER PRESIDING: Frederick P. Horn
CLERK: Julie Howard
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Elizabeth Flores

CASE NO: **30-2017-00906325-CU-PO-CJC** CASE INIT.DATE: 03/02/2017
CASE TITLE: **Weiss vs. Nguyen**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: PI/PD/WD - Other

---

EVENT ID/DOCUMENT ID: 72759728

**EVENT TYPE:** Ex Parte
MOVING PARTY: Andrew D. Weiss, Thein Tran
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 02/22/2018

EVENT ID/DOCUMENT ID: 72758932

**EVENT TYPE:** Ex Parte
MOVING PARTY: Minh Nguyet Thi Nguyen
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 02/21/2018

EVENT ID/DOCUMENT ID: 72759100

**EVENT TYPE:** Ex Parte
MOVING PARTY: Anthony Tuan Nguyen
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 02/21/2018
Additional events listed on last page.

---

**APPEARANCES**
Andrew D. Weiss, from Law Offices of Andrew D. Weiss, present for Cross - Defendant,Plaintiff(s).

Appearance as noted above.

Ex-Parte application for Order to Show Cause Re: Revocation of Fee Waivers is requested by Plaintiff.

The Court having read and considered documents submitted now rules as follows:

The Court sets the matter for hearing as follows:

The Order to Show Cause Re: Revocation of Fee Waivers is scheduled for 03/21/2018 at 01:30 PM in Department C32.

The Ex-Parte application shall serve as the moving document.

Defendants' opposition brief shall be filed and served by close of business on 03/09/2018.

---

DATE: 02/23/2018                         MINUTE ORDER                              Page 1
DEPT: C32                                                                   Calendar No.

CASE TITLE: Weiss vs. Nguyen                    CASE NO: **30-2017-00906325-CU-PO-CJC**

Plaintiff's reply brief shall be filed and served by close of business on 03/13/2018.

On Court's own motion the following hearings are continued as follows:

Defendants' Ex Parte Motion to Stay Civil Case scheduled for 02/28/2018 is now specially set for 03/21/2018 at 01:30 PM in this department.

Defendants' Ex Parte Motion to Strike Complaint scheduled for 03/28/2018 is now specially set for 03/21/2018 at 01:30 PM in this department.

Defendants' Ex Parte Motion to Vacate Default scheduled for 02/28/2018 is now specially set for 03/21/2018 at 01:30 PM in this department.

Plaintiff's Motion to Strike Cross-Complaint is continued to 03/21/2018 at 01:30 PM in this department.

Defendants' Motion to Set Aside/Vacate is continued to 03/21/2018 at 01:30 PM in this department.

Court orders Plaintiff to give notice.

CASE TITLE: Weiss vs. Nguyen                    CASE NO: **30-2017-00906325-CU-PO-CJC**

---

ADDITIONAL EVENTS:

---

EVENT ID/DOCUMENT ID: 72759090
**EVENT TYPE:** Ex Parte
MOVING PARTY: Anthony Tuan Nguyen
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 02/21/2018

---

EXHIBIT: ③

MOTION ON 02/21/18

# Superior Court of California

## County of Orange



---

Case Number : 30-2017-00906325-CU-PO-CJC

Copy Request: 3575098

Request Type: Case Documents

Prepared for: AN

Number of documents: 1

Number of pages: 33

Anthony Nguyen ,HARVARD PosDoc-JD-LLM -MS-M.Arch-MBA.
US Air Force Disabled Honor Veteran
TOAN THAI
MINH NGUYET NGUYEN
1801 N.Martin Luther King , #270185,Las Vegas , NV 89106 .
1(888)398-8873 .
airforcelawcenter@gmail.com

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**02/21/2018** at 03:38:00 PM
Clerk of the Superior Court
By Alan Silva,Deputy Clerk

# Superior Court of the State of California
# For the County of ORANGE

Andrew D. Weiss

      Plaintiff,

vs.

Anthony T. Nguyen

and others

      Defendants

( ANTHONY NGUYEN IS CRIME VICTIM
of THIEN TRAN(case #2014-21472-Attempt
to MURDER -BATTERY-BUENA PARK
POLICE and
ANDREW WEISS Esq WAS PENDING
CHARGED WITNESS TAMPERING AND
CRIME THREATS (#066851-
GARDENGROVE PD).(WEISS is Counsel
of THIEN TRAN charged at 17-044005,DA
pending ).

**TOAN THAI
MINHNGUYET NGUYEN
Cross-Complainants
vs.
ANDREW D. WEISS.
THIEN TRAN
THU HIEN NGUYEN**

**NICOLE WILLIAMS
Cross -Defendants.**

)
)Case No. 30-2017-00906325
)Date :02/23/2018
)Time : ~~9:30KPM~~9:00 AM
)Dept. C 31 .
)
)HONORABLE FEDERICK HORN .
)Reservation:
)
) **EX PARTE MOTION TO**
)
) **VACATE DEFAULT of ANTHONY
NGUYEN AND TOAN THAI FROM
FRAUDULENT CONDUCTS OF Mr.WEISS
AND HE TRIED TO INTERVENE THE
PENDING CRIMINAL RESOLUTION
AGAINST ANDREW WEISS AND THIEN
TRAN .**

**(REQUEST TO STRIKE COMPLAINT OR
STAY THIS CIVIL SUIT WHILE PENDING
CRIMINAL RESOLUTION AGAINST
ANDREW WEISS AND HIS CLIENTS)**

**DECLARATIONS.**

To The Court , All of Parties and their attorney of records :

On February 23  2018  Defendant -Cross Complainant Crime victims Anthony Nguyen and Toan Thai move to the Court set aside the Default on 05/11/2017 on  Anthony Nguyen  and Default on Toan Thai on 02/01/2018  from FRAUD  and NO-ACTUALLY SERVED Summons and Complaint were documented by a FAKE Proof of Service from Andrew Weiss as his  usual times of FRAUD conducts of Andrew Weiss when he never serve Crime Victim NGUYEN as his victim and his client victim as well in case of attempted-MURDER on 05/2014 ( case #14-021472 , BUENA PARK POLICE ) and Witnesses Tampering and Threats ( case #16-066851, GARDEN GROVE POLICE ).
Also, On 11/30/2017 and 01/2018 , the Government ( Sheriff of Orange County and DA Office in Harbor Justice Center ) that there were some pending criminal resolution against ANDREW DUFF WEISSS as Plaintiff-Cross Defendant in this case .

**On Default of Toan Thai on 02/01/2018 , Weiss filed Default against TOAN THAI in claim that TOAN THAI did not let him to orally depose TOAN THAI .**

He recently got pending criminal resolution cases involved his violence , FRAUD , Witness Tampering , Lying under perjury , falsified documents , illegal conducts in Professional Laws and rules .( case pending :17-044005, DA Office in HARBOR JUSTICE CENTER and FBI ).

In fact , Mr Weiss is a legal practitioner with a lot of history of Criminal and Fraud cases included many pending criminal resolution against him at this point .

In history of his litigation for his Client THIEN TRAN whom deadly attacked Anthony Nguyen , he made up many times of FAKE Proof of Service to obtain orders over $180,000 dollars for an error restraining order against NGUYEN as his crime victim and a disabled Veteran .Such attempted-Murder and RICO acts were pending prosecuted at DA Office and Federal Agency as well as Anthony Nguyen sued them in Federal and State Court with the pending cases .

As checking on court websites from WEISS' s threats to sue Crime Victim NGUYEN and his family , NGUYEN found out Mr. Andrew Weiss as Counsel of Defendant THIEN TRAN and THU HIEN NGUYEN as co-conspirators of Attempted-MURDER on 05/2014 and made up a lot of plots  to extort and deprive properties and money of Crime Victim NGUYEN as a Disabled  Veteran .

This is a repeated claim and retaliation  with out any merit of Mr.Andrew Weiss is counsel of THIEN TRAN whom deadly attacked Cross-Complainant Anthony Nguyen in 2014 and  made a lot of death threats in many timed from 2014 until this time . ( TRAN and WEISS were sued at case NC 061105 -NC 061186-Los Angeles Court later are Orange County Court : 17-00958200 and 17-00958403  ) and Federal Case 2:17-cv-02938 ( Federal District Nevada )  on **pending Federal RESTRAINING ORDER against ANDREW WEISS and THIEN TRAN .**

As his FAKE Proof of Service , Crime Victim NGUYEN was served at 15751 Brookhurst , Suite 221 , Westminster CA 92843 by a representative named THINH DOAN , Esq .

As fact , Crime Victim NGUYEN never associated with THINH DOAN Esq in any circumstance , or be his employee or agent or worked in above office .( See THINH DOAN declaration ).

Also, ANTHONY NGUYEN was never actually received any legal documents of Process Server of Mr.

Andrew Weiss on 03/2017 .

Therefore , the PROOF OF SERVICE of SUMMONS should be quashed and should be  served against .

To ensure " Equal JUSTICE to People " with Crime Victim NGUYEN and his family ,NGUYEN respectfully request the COURT grant this Motion to Set aside the default by FRAUD and NO-SERVE with fake Proof of Service in term  to have Court Order in  intent to deprive money and properties of Anthony Nguyen as crime victim of WEISS and THIEN TRAN is his client from 2014 until now .

Also, Anthony Nguyen respectfully request the Court grant the MOTION to quash the Service of PROOF OF SERVICE of SUMMONS from NO-SERVE with Fake Proof Of Service to intent to deprive Properties and Prevent Crime Victim NGUYEN and his family to seek remedies from FRAUD and malicious Motive of ANDREW WEISS and THIEN TRAN .

Besides , There were 02 similar cases at the time of Mr. Weiss case .Case 17-00958200 ( Nguyen v Tran , Weiss) and 17-00958403 ( Nguyen v. Tran , Weiss ) filed at the same time of Mr. Weiss ( 03/2017 ).
Federal Case 2:17-cv-02938 ( Federal District Nevada )  on **pending Federal RESTRAINING ORDER against ANDREW WEISS and THIEN TRAN.**

Therefore , Under SLAPP doctrine and the pending criminal resolution were pending , It is the request of JUSTICE then the Court should set aside such FRAUDULENT Default and Strike or stay this case until criminal matters were resolved .
Also, The 7 amendment of US Constitutional Laws require this matter must be brought to the JURY trial as the matters of JUSTICE .

Respectfully submitted ,

Crime Victim Anthony Nguyen .

Crime Victim Toan Thai

# DECLARATION of ANTHONY NGUYEN .

I am Anthony Nguyen , crime victim of Andrew Weiss and Thien Tran , declare below statements as my best knowledge under penalty of perjury as below :

As checking on court websites from WEISS' s threats to sue Crime Victim NGUYEN and his family , NGUYEN found out Mr. Andrew Weiss as Counsel of Defendant THIEN TRAN and THU HIEN NGUYEN as co-conspirators of Attempted-MURDER on 05/2014 and later to extort and deprive properties and money of Crime Victim NGUYEN .

In history of his litigation for his Client THIEN TRAN whom deadly attacked Anthony Nguyen , he made up many times of FAKE Proof of Service to obtain orders over $100,000 dollars for an error restraining order against NGUYEN as his crime victim and a disabled Veteran .Such attempted-Murder and RICO acts were pending prosecuted at DA Office and Federal Agency as well as Anthony Nguyen sued them in Federal and State Court with the pending cases .

As his FAKE Proof of Service , Crime Victim NGUYEN was served at 15751 Brookhurst , Suite 221 , Westminster CA 92843 by a representative named THINH DOAN , Esq .In fact , I was never related with this law office in any circumstance .

**Also, ANTHONY NGUYEN was never actually received any legal documents of Process Server of Mr. Andrew Weiss on 03/2017 .**

As fact , Crime Victim NGUYEN never associated with THINH DOAN Esq in any circumstance , or be his employee or agent or worked in above office .( See THINH DOAN declaration ).

This is a repeat claim and retaliation  with out any merit of Mr.Andrew Weiss is counsel of THIEN TRAN whom deadly attacked Cross-Complainant Anthony Nguyen in 2014 and  made a lot of death threats in many timed from 2014 until this time . ( TRAN and WEISS were sued at case NC 061105 -Los Angeles Court ) and Federal Case 2:17-03014 on pending .

Therefore , the PROOF OF SERVICE of SUMMONS should be quashed and should be  served again .

To ensure " Equal JUSTICE to People " with Crime Victim NGUYEN and his family ,NGUYEN respectfully request the COURT grant this Motion to Set aside the default by FRAUD and NO-SERVE with fake Proof of Service .

Also, Anthony Nguyen respectfully request the Court grant the MOTION to quash the Service of PROOF OF SERVICE of SUMMONS from NO-SERVE with Fake Proof Of Service to intent to deprive Properties and Prevent Crime Victim NGUYEN and his family to seek remedies from FRAUD and malicious Motive of ANDREW WEISS and THIEN TRAN .

As the Malicious Conducts of Andrew Weiss to fraudulently deprive the money and properties of Crime Victim NGUYEN as a Disabled Veteran was certified by Federal Government , This is NOTICE to the Court that the Cross Complaint will be seeking the Remedies from FRAUD and CONVERSION

as well as many Torts will be filed at this Court .

Therefore , Crime Victim Anthony Nguyen respectfully request the Court set aside default from FRAUD and quash Service of Summons by FAKE .

Also, Anthony Nguyen respectfully request the Court grant the MOTION to quash the Service of PROOF OF SERVICE of SUMMONS from NO-SERVE with Fake Proof Of Service to intent to deprive Properties and Prevent Crime Victim NGUYEN and his family to seek remedies from FRAUD and malicious Motive of ANDREW WEISS and THIEN TRAN .

Besides , There were 02 similar cases at the time of Mr. Weiss case .Case 17-00958200 ( Nguyen v Tran , Weiss) and 17-00958403 ( Nguyen v. Tran , Weiss ) filed at the same time of Mr. Weiss ( 03/2017 ).

Therefore , Under SLAPP doctrine and the pending criminal resolution were pending , It is the request of JUSTICE then the Court should set aside such FRAUDULENT Default and Strike or stay this case until criminal matters were resolved .

Respectfully submitted ,

Crime Anthony Nguyen .

# DECLARATION of TOAN QUY THAI to support Motion to Set Aside a DEFAULT of Case 17-906325 from Fraud of Andrew D. Weiss Esq. 10288 Westminster Garden Grove 92843. (714)5398568 .

I am TOAN THAI  Esq ,  declare below statements as my best knowledge under penalty of perjury as below :

- ☐ I am a volunteer of Vietnamese American Justice Foundation which got a Non Profit  office at 15751 Brookhurst Suite 221A Westminter CA 92843 .
- ☐ There was a Law Office nearby our Non Profit Office of Mr. THINH VAN DOAN at Suite 221 , Westminster CA .
- ☐ This is   a Non Profit Project of VAJF  to help Veterans and Vietnamese Indigents .
- ☐ There was NOT any ways in architecture structure  that VAJF Office and Mr. Office in connection or doing the  business at the same place  or any kind of communication between my law Office and VAJF Office under the same place of a business.
- ☐ In reality  , there was 02 separate offices located at suite 221 and 221 A .
- ☐ On or before 12/2016 , From death threats of Weiss,Thien Tran  in connections to some other cases involved with Hoang Tu and Walter Teague , This Office of VAJF was  closed and shutdown from 12/2016 .From 01/2017 until now , there was NOT any activities of VAF from such threats.
- ☐ From 03/15/2017 to 03/29/2017 , As Weiss under a TRO of Los Angeles Court , he was still assigning  someone to stalk ,threaten myself , my wife MINH NGUYET NGUYEN and my godson ANTHONY NGUYEN  .
- ☐ From 03/2017 , There was NO any Evidence as Proof of Service of Mr. Andrew Weiss can shown Anthony Nguyen can be served in ACTUALLY at the place of Suite 221 A , Brookhurst Westminster CA .
- ☐ The Suite 221 A and 221 are totally different and was in pre-existing conditions before VAJF set up at Non Profit Office at Suite 221 A , Westminster CA .
- ☐ On 07/10/2017 , There was many abuse of Deposition that Mr. Andrew Weiss ordered Mr. THINH DOAN to join that there was many misleading or fraudulent arguments to take advantage on Mr. Weiss's case .Mr.WEISS asked a lot information about me (TOAN THAI ) and my wife as his crime victim in intent to harm me , my wife and my godson Anthony Nguyen .

- ☐ Therefore , I did this declaration to support Motion to Set Aside DEFAULT from Fraudulent Conducts of Mr. Andrew Weiss.

Respectfully submitted ,

TOAN THAI  Esq .                                              \

# DECLARATION OF TOAN THAI ON DEFAULT OF 02/01/2018

**On Default of Toan Thai on 02/01/2018 , Weiss filed Default against TOAN THAI in claim that TOAN THAI did not let him to orally depose TOAN THAI .**

I am TOAN THAI , Godfather of Anthony Nguyen as Crime Victim of TRAN-Weiss as well as I am crime victim-witness-interest party in this case declare under penalty of perjury as below :

Mr. Weiss is a criminal misconduct lawyer with a lot of history of bad records in the Court of State Bar of California .

He recently got pending criminal resolution cases involved his violence , FRAUD , Witness Tampering , Lying under perjury , falsified documents , illegal conducts in Professional Laws and rules .( case pending :17-044005, DA Office in HARBOR JUSTICE CENTER and FBI ).

In fact , Mr Weiss is a legal practitioner with a lot of history of Criminal and Fraud cases included many pending criminal resolution against him at this point .

In history of his litigation for his Client THIEN TRAN whom deadly attacked Anthony Nguyen , he made up many times of FAKE Proof of Service to obtain orders over $180,000 dollars for an error restraining order against NGUYEN as his crime victim and a disabled Veteran .Such attempted-Murder and RICO acts were pending prosecuted at DA Office and Federal Agency as well as Anthony Nguyen sued them in Federal and State Court with the pending cases .

As checking on court websites from WEISS' s threats to sue Crime Victim NGUYEN and his family , NGUYEN found out Mr. Andrew Weiss as Counsel of Defendant THIEN TRAN and THU HIEN NGUYEN as co-conspirators of Attempted-MURDER on 05/2014 and made up a lot of plots to extort and deprive properties and money of Crime Victim NGUYEN as a Disabled Veteran .

This is a repeated claim and retaliation with out any merit of Mr.Andrew Weiss is counsel of THIEN TRAN whom deadly attacked Cross-Complainant Anthony Nguyen in 2014 and made a lot of death threats in many timed from 2014 until this time . ( TRAN and WEISS were sued at case NC 061105 -NC 061186-Los Angeles Court later are Orange County Court : 17-00958200 and 17-00958403 ) and Federal Case 2:17-cv-02938 ( Federal District Nevada ) on **pending Federal RESTRAINING ORDER against ANDREW WEISS and THIEN TRAN .**

As his FAKE Proof of Service , Crime Victim NGUYEN was served at 15751 Brookhurst , Suite 221 , Westminster CA 92843 by a representative named THINH DOAN , Esq .

As fact , Crime Victim NGUYEN never associated with THINH DOAN Esq in any circumstance , or be his employee or agent or worked in above office .( See THINH DOAN declaration ).

Also, ANTHONY NGUYEN was never actually received any legal documents of Process Server of Mr. Andrew Weiss on 03/2017 .

Therefore , the PROOF OF SERVICE of SUMMONS should be quashed and should be served against .

To ensure " Equal JUSTICE to People " with Crime Victim NGUYEN and his family ,NGUYEN

respectfully request the COURT grant this Motion to Set aside the default by FRAUD and NO-SERVE with fake Proof of Service in term  to have Court Order in  intent to deprive money and properties of Anthony Nguyen as crime victim of WEISS and THIEN TRAN is his client from 2014 until now .

Also, Anthony Nguyen respectfully request the Court grant the MOTION to quash the Service of PROOF OF SERVICE of SUMMONS from NO-SERVE with Fake Proof Of Service to intent to deprive Properties and Prevent Crime Victim NGUYEN and his family to seek remedies from FRAUD and malicious Motive of ANDREW WEISS and THIEN TRAN .

Besides , There were 02 similar cases at the time of Mr. Weiss case .Case 17-00958200 ( Nguyen v Tran , Weiss) and 17-00958403 ( Nguyen v. Tran , Weiss ) filed at the same time of Mr. Weiss ( 03/2017 ).
Federal Case 2:17-cv-02938 ( Federal District Nevada )  on **pending Federal RESTRAINING ORDER against ANDREW WEISS and THIEN TRAN.**

**On 12/2016 and many times , Mr. Weiss and Mr. Tran stopped by my place at 10288 Westminster Garden Grove CA to death threatened me ,My God Son and my wife as well . He also sued Anthony Nguyen's  disabled Mother as Ms. Linda Doan as well.**

**I am 80 disabled -Elder person and my wife were in  serious circumstances in health and personal life from threats of Mr. Weiss and Mr. Tran as well .**

**Also, Under Marcy Laws , I am Crime Victim and Witness to Mr. Weiss's Criminal misconducts and these cases were pending criminal resolution against Mr. Andrew Weiss and Tran .**

**Therefore , Under SLAPP doctrine and the pending criminal resolution were pending , It is the request of JUSTICE then the Court should set aside such FRAUDULENT Default and Strike or stay this case until criminal matters were resolved .**

## Also, The 7 amendment of US Constitutional Laws require this matter must be brought to the JURY trial as the matters of JUSTICE .

Under penalty of perjury , I declare such above statements are the best as my knowledge.

Respectfully submitted ,

TOAN THAI .

# DECLARATION of MINH NGUYET NGUYEN to support Motion to Set Aside a DEFAULT of Case 17-906325 from Fraud of Andrew D. Weiss Esq.
## 10288 Westminster Garden Grove 92843.
## (714)5398568 .

I am MINH NGUYET NGUYEN , declare below statements as my best knowledge under penalty of perjury as below :

- ☐ I am a volunteer of Vietnamese American Justice Foundation which got a Non Profit office at 15751 Brookhurst Suite 221A Westminter CA 92843 .
- ☐ There was a Law Office nearby our Non Profit Office of Mr. THINH VAN DOAN at Suite 221 , Westminster CA .
- ☐ This is a Non Profit Project of VAJF to help Veterans and Vietnamese Indigents .
- ☐ There was NOT any ways in architecture structure that VAJF Office and Mr. Office in connection or doing the business at the same place or any kind of communication between my law Office and VAJF Office under the same place of a business.
- ☐ In reality , there was 02 separate offices located at suite 221 and 221 A .
- ☐ On or before 12/2016 , From death threats of Weiss,Thien Tran in connections to some other cases involved with Hoang Tu and Walter Teague , This Office of VAJF was closed and shutdown from 12/2016 .From 01/2017 until now , there was NOT any activities of VAF from such threats.
- ☐ From 03/15/2017 to 03/29/2017 , As Weiss under a TRO of Los Angeles Court , he was still assigning someone to stalk and threaten myself , my husband TOAN THAI and my godson ANTHONY NGUYEN .
- ☐ From 03/2017 , There was NO any Evidence as Proof of Service of Mr. Andrew Weiss can shown Anthony Nguyen can be served in ACTUALLY at the place of Suite 221 A , Brookhurst Westminster CA .
- ☐ The Suite 221 A and 221 are totally different and was in pre-existing conditions before VAJF set up at Non Profit Office at Suite 221 A , Westminster CA .
- ☐ On 07/10/2017 , There was many abuse of Deposition that Mr. Andrew Weiss ordered Mr. THINH DOAN to join that there was many misleading or fraudulent arguments to take advantage on Mr. Weiss's case .Mr.WEISS asked a lot information about me (MINH NGUYET NGUYEN ) and my husband as his crime victim in intent to harm me , my husband and my godson Anthony Nguyen .

- ☐ Therefore , I did this declaration to support Motion to Set Aside DEFAULT from Fraudulent Conducts of Mr. Andrew Weiss.
- ☐ **<u>Also, There were many threats from Mr. Weiss and Mr. Tran from they want to retaliate me and my husband from report to POLICE about their criminal</u>**

**conducts .Therefore , Mr. Weiss sued us in this case as a way to intervene the criminal cases against him at DA Office and FBI as well .**

Respectfully submitted ,

MINH NGUYET NGUYEN  .

**DECLARATION of  THINH VAN DOAN Esq to support Motion to Set Aside a DEFAULT of Case 17-906325 from Fraud of Andrew D. Weiss Esq.**
**15751 Brookhurst #221 Westminster CA 92843.**
**(714)775-5701 .**

I am Thinh Van Doan Esq ,  declare below statements as my best knowledge under penalty of perjury as below :

- I got a law office at 15751 Brookhurst Suite 221 Westminter CA 92843 .
- Nearby my office , there was an office of the Vietnamese American Justice Foundation (VAJF)at Suite 221 A that located  a Non Profit Project of VAJF  to help Veterans and Vietnamese Indigents .
- There was NOT any ways in architecture structure  that VAJF Office and my Office in connection or doing the  business at the same place  or any kind of communication between my law Office and VAJF Office under the same place of a business.
- In reality  , there was 02 separate offices located at suite 221 and 221 A .
- From death threats of Weiss,Thien Tran  in connections to some other cases involved with Hoang Tu and Walter Teague , This Office of VAJF was  closed and shutdown from 12/2016 .From 01/2017 until now , there was NOT any activities of VAF from such threats.
- From 03/15/2017 to 03/29/2017 , As Weiss under a TRO of Los Angeles Court , he was still assigning  someone to drop documents into my office even I explained I was NOT an agent or authorized person to receive any documents on behalf Anthony Nguyen or his Non Profit Organization .
- From 03/2017 , There was NO any Evidence as Proof of Service of Mr. Andrew Weiss can shown Anthony Nguyen can be served in ACTUALLY at the place of Suite 221 A , Brookhurst Westminster CA .
- The Suite 221 A and 221 are totally different and was in pre-existing conditions before VAJF set up at Non Profit Office at Suite 221 A , Westminster CA .
- On 07/10/2017 , There was many abuse of Deposition that Mr. Andrew Weiss ordered me to join that there was many misleading or fraudulent arguments to take advantage on Mr. Weiss's case .I never said Anthony Nguyen made number 221 A or intent to tell privacy information of Anthony Nguyen to Mr. Andrew Weiss  which shown in nearly 30 pages of Mr. Weiss's deposition on such date .
- Therefore , I did this declaration to support Motion to Set Aside DEFAULT from Fraudulent Conducts of Mr. Andrew Weiss.

Respectfully submitted ,

THINH DOAN
(signed )
THINH DOAN Esq .

THINH VAN DOAN ,Esq
15751 Brookhurst St, Suite 221
Westminster CA 92843
(714)775-5701

## DECLARATION UNDER PENALTY OF PERJURY

1. That I am an attorney duly licensed to practice law in the State of California ,
and if called to testify, I could and would testify competently to the within facts on
my personal knowledge.

2. From about 03/15/2017 until 03/29/2017, I was observing a lady came
to my office many times in attempt to see Anthony Nguyen . She asked me about
Anthony Nguyen and attempted to see him . I advised her that he is not in this office,
I am not authorized to accept any paper on his behalf. He is not my employee , nor
my associate, but she left me with document for Anthony Nguyen anyway.
I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

Dated: April 6, 2017

THINH DOAN  , declarant

# DECLARATION OF RELATED CASES IN FEDERAL AND STATE :

## I am Anthony Nguyen crime victim of Andrew Weiss and Thien Tran declare pending civil cases in Federal and State as below :

### 1.Federal Case: United States District Court
District of Nevada (Las Vegas)
CIVIL DOCKET FOR CASE #: 2:17-cv-02938-KJD-VCF

Nguyen et al v. Weiss et al                          Date Filed: 11/27/2017
Assigned to: Judge Kent J. Dawson                    Jury Demand: Plaintiff
Referred to: Magistrate Judge Cam Ferenbach          Nature of Suit: 440 Civil Rights: Other
Cause: Civil Miscellaneous Case                      Jurisdiction: Federal Question

**Plaintiff**
**Anthony Nguyen**                     represented by **Anthony Nguyen**
                                       1801 N. Martin Luther King
                                       Las Vegas, NV 89106
                                       888-398-8873
                                       Email: Airforcelawcenter@gmail.com
                                       PRO SE

**Plaintiff**
**Toan Thai**                          represented by **Toan Thai**
                                       1801 N. Martin Luther King, #270185
                                       Las Vegas, NV 89106
                                       PRO SE


V.
**Defendant**
**Andrew Duff Weiss**                  represented by **Andrew Duff Weiss**
                                       26459 Rancho Parkway South
                                       Lake Forest, CA 92630
                                       949-360-9478
                                       Email: oclawadw@aol.com
                                       PRO SE

**Defendant**
**Thein Kinh Tran**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/27/2017 |   | Case assigned to Judge Kent J. Dawson and Magistrate Judge Cam Ferenbach. (RT) (Entered: 11/27/2017) |
| 11/27/2017 | 1 | MOTION for Pro Se Litigant to File Electronically by Plaintiffs Anthony Nguyen, Toan Thai. (ADR) (Entered: 11/28/2017) |

| 11/27/2017 | 2 | COMPLAINT against Thein Kinh Tran, Adrew Duff Weiss (Filing fee $400) by Toan Thai, Anthony Nguyen. Proof of service due by 2/25/2018. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt No. NVLAS053953)(ADR) (Entered: 11/28/2017) |
| 11/27/2017 | 3 | Summons Issued as to All Defendants re 2 Complaint. (ADR) (Entered: 11/28/2017) |
| 11/27/2017 | 4 | CERTIFICATE of Interested Parties by Anthony Nguyen, Toan Thai that identifies all parties that have an interest in the outcome of this case. (ADR) (Entered: 11/28/2017) |
| 12/01/2017 | 5 | CERTIFICATE of Interested Parties by Andrew Duff Weiss that identifies all parties that have an interest in the outcome of this case. Other Affiliate Minh Nguyet Nguyen for Andrew Duff Weiss added. (ADR) (Entered: 12/01/2017) |
| 12/01/2017 | 6 | NOTICE OF RELATED CASES by Defendant Andrew Duff Weiss. (ADR) (Entered: 12/01/2017) |
| 12/06/2017 | 7 | ORDER. IT IS ORDERED that 1 Plaintiffs' Motion for Pro Se Litigant to file Electronically is GRANTED. See Order for further deadlines. Signed by Magistrate Judge Cam Ferenbach on 12/6/2017. (Copies have been distributed pursuant to the NEF - ADR) (Entered: 12/06/2017) |
| 12/18/2017 | 8 | MOTION for Pro Se Litigant to File Electronically by Defendant Andrew Duff Weiss. (ADR) (Entered: 12/19/2017) |
| 12/20/2017 | 9 | ORDER. IT IS HEREBY ORDERED that 8 the Application for Permission for Electronic Filing is GRANTED. Signed by Magistrate Judge Cam Ferenbach on 12/20/2017.(Copies have been distributed pursuant to the NEF - ADR) (Entered: 12/20/2017) |
| 12/22/2017 | 10 | MOTION to Dismiss by Defendant Andrew Duff Weiss. Responses due by 1/5/2018. (Attachments: # 1 cover letter, # 2 Appendix part 1, # 3 Appendix part 2) (ADR) (Entered: 12/22/2017) |
| 12/22/2017 | 11 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Kent J. Dawson on 12/22/2017. Regarding the Requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to 10Motion to Dismiss. Opposition due 14 days from the date of this Minute Order, and reply due seven 7 days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - EDS) (Entered: 12/22/2017) |
| 12/28/2017 | 12 | DECLARATION of Completion of Training for Electronic Filing by Anthony Nguyen, Toan Thai re 7 Order on Motion for Pro Se Litigant to File Electronically. (MMM) (Entered: 12/29/2017) |
| 01/05/2018 | 13 | First EX PARTE *MOTION to extend time to oppose* re 10 Motion to Dismiss by Plaintiff Anthony Nguyen.. (Attachments: # 1 Proposed Order)(Nguyen, Anthony) Modified on 1/5/2018 per 14 Order (ADR). (Entered: 01/05/2018) |
| 01/05/2018 | 14 | ORDER. IT IS HEREBY ORDERED that Plaintiff's Motion for Extend Time to Oppose Motion to Dismiss of Andrew Duff Weiss from Medical Conditions and |

| | | |
|---|---|---|
| | | Illnesses of Plaintiffs and Pending Criminal Charges Against Andrew Weiss <u>13</u> will be briefed in the ordinary course. The Clerk of Court is directed to remove the ex parte status on <u>13</u> Plaintiff's Ex Parte Motion.<br>Signed by Magistrate Judge Cam Ferenbach on 1/5/2018. (Copies have been distributed pursuant to the NEF - ADR) (Entered: 01/05/2018) |
| 01/08/2018 | <u>15</u> | RESPONSE to <u>10</u> Motion to Dismiss by Plaintiff Anthony Nguyen.. Replies due by 1/15/2018. (Nguyen, Anthony) (Entered: 01/08/2018) |
| 01/10/2018 | <u>16</u> | REPLY to Response to <u>10</u> Motion to Dismiss by Defendant Andrew Duff Weiss. (Weiss, Andrew) (Entered: 01/10/2018) |
| 01/16/2018 | <u>17</u> | DECLARATION of Anthony Nguyen and Toan Thai re <u>10</u> Motion to Dismiss, <u>15</u> Response, <u>16</u> Reply by Plaintiff Anthony Nguyen.. (Nguyen, Anthony) (Entered: 01/16/2018) |
| 01/19/2018 | 18 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Kent J. Dawson on 1/19/2018. Presently before the Court is Plaintiff's Motion to Extend Time (#13). Plaintiff's opposition to the motion to dismiss was due January 5, 2018. The opposition (#15) was filed on January 8, 2018. Having read and considered the motion, it is GRANTED to the extent that the opposition filed January 8, 2018 shall be considered timely. **(no image attached)** (Copies have been distributed pursuant to the NEF - DXS) (Entered: 01/19/2018) |
| 01/21/2018 | <u>19</u> | First MOTION for Entry of Clerk's Default *Filed* by Plaintiff Anthony Nguyen. (Nguyen, Anthony) (Entered: 01/21/2018) |
| 02/05/2018 | <u>20</u> | NOTICE *of Related or Pending Crime Cases against Weiss-Tran* by Anthony Nguyen re <u>10</u> Motion to Dismiss, <u>15</u> Response, <u>17</u> Declaration, <u>16</u> Reply.. (Nguyen, Anthony) (Entered: 02/05/2018) |
| 02/06/2018 | <u>21</u> | MOTION for Temporary Restraining Order re <u>2</u> Complaint by Plaintiff Anthony Nguyen. (Attachments: # <u>1</u> Exhibit to Support Motion for T.R.O, # <u>2</u> Proposed Order for Motion for T.R.O) (Nguyen, Anthony) (Entered: 02/06/2018) |
| 02/07/2018 | 22 | **NOTICE of Attorney Action Required re <u>21</u> Motion for Temporary Restraining Order:**<br><br>**ERROR:** Document contains two requests for relief, which should have been filed as separate entries by attorney **Anthony Nguyen** , pursuant to LR IC 2-2(b):<br><br>***"For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document"*** .<br><br>CORRECTION: Attorney is advised to file the additional **Motion for Preliminary Injunction** contained in document <u>21</u> as separate Motion, using the appropriate event found under the <u>MOTIONS</u> category pursuant to LR IC 2- |

| | | |
|---|---|---|
| | | 2(b).(EDS) (Entered: 02/07/2018) |
| 02/08/2018 | 23 | First MOTION for Preliminary Injunction re 2 Complaint, 22 Notice Attorney Action Required,,, by Plaintiffs Anthony Nguyen, Toan Thai. Responses due by 2/22/2018. (Attachments: # 1 Exhibit, # 2 Proposed Order) (Nguyen, Anthony) (Entered: 02/08/2018) |

2. STATE CASES :

a/17-00958200

b/17-00958403 ( Orange County Court ).

Case Summary:

| Case Id: | 30-2017-00958200-CU-RI-CJC |
|---|---|
| Case Title: | NGUYEN VS TRAN |
| Case Type: | RICO |
| Filing Date: | 11/28/2017 |
| Category: | |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | LEGACY CASE INITIATED. | 11/28/2017 | | *NV* | |
| 2 | COMPLAINT (3/13/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 42 pages | |
| 3 | CIVIL CASE COVER SHEET (3/13/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 6 pages | |
| 4 | SUMMONS ISSUED AND FILED (3/13/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 1 pages | |
| 5 | REQUEST TO WAIVE COURT FEES (3/13/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | *NA* | |
| 6 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/29/2017. | 11/29/2017 | | *NV* | |
| 7 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) (3/13/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/2017 | | 2 pages | |
| 8 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/29/2017. | 11/29/2017 | | *NV* | |
| 9 | NOTICE OF CASE MANAGEMENT CONFERENCE 3/13/19 | 11/28/2017 | | 1 pages | |
| 10 | ORDER TO SHOW CAUSE HEARING 3/13/17 | 11/28/2017 | | 2 pages | |
| 11 | NOTICE OF CASE ASSIGNMENT | 11/28/2017 | | 2 pages | |
| 12 | CROSS-COMPLAINT (3/17/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 7 pages | |
| 13 | CORRESPONDENCE (3/30/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 1 pages | |
| 14 | SUMMONS ISSUED AND FILED (3/17/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 15 | PROOF OF SERVICE OF SUMMONS (3/30/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 3 pages | |
| 16 | PROOF OF SERVICE OF SUMMONS (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 17 | PROOF OF SERVICE OF SUMMONS (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 18 | PROOF OF SERVICE OF SUMMONS (5/9/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/2017 | | 2 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 19 | PROOF OF SERVICE OF SUMMONS (5/9/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/2017 | | 2 pages | |
| 20 | REQUEST FOR ENTRY OF DEFAULT (5/9/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/2017 | | 2 pages | |
| 21 | REQUEST FOR ENTRY OF DEFAULT (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 22 | REQUEST FOR ENTRY OF DEFAULT (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 23 | REQUEST FOR ENTRY OF DEFAULT (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 24 | REQUEST FOR ENTRY OF DEFAULT (5/11/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 25 | REQUEST FOR ENTRY OF DEFAULT (5/11/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 26 | REQUEST FOR ENTRY OF DEFAULT (5/11/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 27 | REQUEST FOR ENTRY OF DEFAULT (5/9/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 28 | MOTION FOR CHANGE OF VENUE FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 201 pages | |
| 29 | OPPOSITION (5/25/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 5 pages | |
| 30 | MOTION TO STRIKE (5/25/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 10 pages | |
| 31 | REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES AND RESPONSE (5/26/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | *NA* | |
| 32 | MINUTES 5/30/17 | 11/28/2017 | | 1 pages | |
| 33 | PROOF OF SERVICE (6/8/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 7 pages | |
| 34 | NOTICE OF RELATED CASE (6/13/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 5 pages | |
| 35 | DECLARATION - OTHER (6/15/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 12 pages | |
| 36 | NOTICE - OTHER (OF ENTRY OF VEXATIOUS LITIGANT ORDER 6/21/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 4 pages | |
| 37 | MINUTES 6/22/17 | 11/28/2017 | | 1 pages | |
| 38 | DECLARATION - OTHER (6/27/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 14 pages | |
| 39 | NOTICE OF CONTINUANCE (6/28/17) FILED BY WEISS, ANDREW D. ON 11/28/2017 | 11/28/2017 | | 2 pages | |
| 40 | MINUTES 6/30/17 | 11/28/2017 | | 1 pages | |
| 41 | MOTION TO VACATE (7/6/17) FILED BY NGUYEN, TONY ON | 11/28/2017 | | 12 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | 11/28/2017 | 7 | | | |
| 42 | MOTION TO VACATE (7/6/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/201 7 | | 12 pages | |
| 43 | MINUTES 7/12/17 | 11/28/201 7 | | 2 pages | |
| 44 | REGISTER OF ACTIONS | 11/29/201 7 | | 18 pages | |
| 45 | REQUEST TO WAIVE COURT FEES (9/29/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/201 7 | | *NA* | |
| 46 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/29/2017. | 11/29/201 7 | | *NV* | |
| 47 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) (11/29/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/201 7 | | 2 pages | |
| 48 | CIVIL DEPOSIT | 11/28/201 7 | | 1 pages | |
| 49 | RECEIPT FOR RECORDS | 11/29/201 7 | | 1 pages | |
| 50 | PAYMENT RECEIVED BY LAW OFF OF ANDREW D. WEISS FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12260067 AND RECEIPT NUMBER 12083773. | 11/29/201 7 | | 1 pages | |
| 51 | CASE ASSIGNED TO JUDICIAL OFFICER CRANDALL, JAMES ON 11/28/2017. | 11/28/201 7 | | 1 pages | |
| 52 | NOTICE OF TRANSFER, RECLASSIFICATION AND/OR CONSOLIDATION | 11/29/201 7 | | 1 pages | |
| 53 | E-FILING TRANSACTION 1446097 RECEIVED ON 12/01/2017 04:10:27 PM. | 12/06/201 7 | | *NV* | |
| 54 | NOTICE OF RELATED CASE FILED BY TRAN, THIEN KINH ON 12/01/2017 | 12/01/201 7 | | 6 pages | |
| 55 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12263283 AND RECEIPT NUMBER 12086988. | 12/06/201 7 | | 1 pages | |
| 56 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 03/28/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 12/11/201 7 | | 2 pages | |
| 57 | E-FILING TRANSACTION 3630564 RECEIVED ON 01/28/2018 09:46:46 PM. | 01/29/201 8 | | *NV* | |
| 58 | MOTION FOR CHANGE OF VENUE (LONG BEACH, LOS ANGELES COUNTY) FILED BY NGUYEN, TONY ON 01/29/2018 | 01/29/201 8 | | 11 pages | |
| 59 | MOTION FOR CHANGE OF VENUE (TRANSFER) SCHEDULED FOR 03/29/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 01/29/201 8 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| THIEN KINH TRAN | DEFENDANT | | 11/29/2017 | |
| THU HIEN NGUYEN | DEFENDANT | | 11/29/2017 | |
| ANDREW D. WEISS | DEFENDANT | | 11/29/2017 | |

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| TONY NGUYEN | PLAINTIFF | | 11/29/2017 | |
| TOM NGUYEN | CROSS - DEFENDANT | | 11/29/2017 | |
| VANESSA MORENO | DEFENDANT | | 11/29/2017 | |
| ANDREW WEISS | DEFENDANT | | 11/29/2017 | |
| SUNNY DUONG | DEFENDANT | | 11/29/2017 | |
| LAW OFFICES OF ANDREW D. WEISS | ATTORNEY | | 11/28/2017 | |
| MIRANDA MCCROSKEY | DEFENDANT | | 11/29/2017 | |
| TONY NGUYEN | CROSS - DEFENDANT | | 11/29/2017 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| MOTION FOR CHANGE OF VENUE (TRANSFER) | 03/29/2018 | 01:30 | C33 | CRANDALL |
| CASE MANAGEMENT CONFERENCE | 03/28/2018 | 08:30 | C33 | |

Print this page

Case Summary:

| Case Id: | 30-2017-00958403-CU-FR-CJC |
|---|---|
| Case Title: | NGUYEN VS TRAN |
| Case Type: | FRAUD |
| Filing Date: | 11/28/2017 |
| Category: | |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | LEGACY CASE INITIATED. | 11/28/2017 | | *NV* | |
| 2 | COMPLAINT (5/8/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 31 pages | |
| 3 | CIVIL CASE COVER SHEET (5/8/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 6 pages | |
| 4 | SUMMONS ISSUED AND FILED (5/8/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 1 pages | |
| 5 | REQUEST TO WAIVE COURT FEES (5/8/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | *NA* | |
| 6 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/29/2017. | 11/29/2017 | | *NV* | |
| 7 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) (5/8/17) FILED BY NGUYEN, TONY ON 11/29/2017 | 11/29/2017 | | 2 pages | |
| 8 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/29/2017. | 11/29/2017 | | *NV* | |
| 9 | NOTICE OF CASE MANAGEMENT CONFERENCE | 11/28/2017 | | 5 pages | |
| 10 | AMENDED COMPLAINT (FIRST [6/2/17]) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | 35 pages | |
| 11 | SUMMONS ISSUED AND FILED (6/2/17) FILED BY NGUYEN, TONY; THAI, TOAN QUY; NGUYEN, MINH NGUYET ON 11/28/2017 | 11/28/2017 | | 1 pages | |
| 12 | NOTICE OF RELATED CASE (6/13/17) FILED BY NGUYEN, TONY; NGUYEN, MINH NGUYET; THAI, TOAN QUY ON 11/28/2017 | 11/28/2017 | | 5 pages | |
| 13 | DECLARATION - OTHER (6/18) FILED BY NGUYEN, TONY; NGUYEN, MINH NGUYET; THAI, TOAN QUY ON 11/28/2017 | 11/28/2017 | | 12 pages | |
| 14 | MINUTES 6/22/17 | 11/28/2017 | | 1 pages | |
| 15 | MINUTES 6/30/17 | 11/28/2017 | | 1 pages | |
| 16 | MINUTES 7/12/17 | 11/28/2017 | | 2 pages | |
| 17 | REQUEST TO WAIVE COURT FEES (9/29/17) FILED BY NGUYEN, TONY ON 11/28/2017 | 11/28/2017 | | *NA* | |
| 18 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/30/2017. | 11/30/2017 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 19 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) FILED BY NGUYEN, TONY ON 11/30/2017 | 11/30/2017 | | 2 pages | |
| 20 | NGUYEN, TONY REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 11/30/2017. | 11/30/2017 | | *NV* | |
| 21 | REGISTER OF ACTIONS | 11/28/2017 | | 7 pages | |
| 22 | CIVIL DEPOSIT | 11/28/2017 | | 1 pages | |
| 23 | RECEIPT FOR RECORD | 11/28/2017 | | 1 pages | |
| 24 | CASE ASSIGNED TO JUDICIAL OFFICER CRANDALL, JAMES ON 11/28/2017. | 11/28/2017 | | 1 pages | |
| 25 | NOTICE OF TRANSFER, RECLASSIFICATION AND/OR CONSOLIDATION | 11/30/2017 | | 1 pages | |
| 26 | MINUTES 7/12/17 | 11/28/2017 | | 2 pages | |
| 27 | PAYMENT RECEIVED BY LAW OFF OF ANDREW D. WEISS FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12260476 AND RECEIPT NUMBER 12084176. | 11/30/2017 | | 1 pages | |
| 28 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 03/28/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 12/11/2017 | | 2 pages | |
| 29 | E-FILING TRANSACTION 1463097 RECEIVED ON 01/28/2018 09:35:48 PM. | 01/29/2018 | | *NV* | |
| 30 | MOTION FOR CHANGE OF VENUE (TO LONG BEACH, LOS ANGELES COUNTY) FILED BY NGUYEN, MINH NGUYET; THAI, TOAN QUY; NGUYEN, TONY ON 01/29/2018 | 01/29/2018 | | 10 pages | |
| 31 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 12290284 AND RECEIPT NUMBER 12114028. | 01/29/2018 | | 1 pages | |
| 32 | MOTION FOR CHANGE OF VENUE (TRANSFER) SCHEDULED FOR 03/29/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 01/29/2018 | | *NV* | |
| 33 | E-FILING TRANSACTION NUMBER 4809692 REJECTED. | 02/01/2018 | | 1 pages | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| THU HIEN NGUYEN | DEFENDANT | | 11/29/2017 | |
| TONY NGUYEN | PLAINTIFF | | 11/29/2017 | |
| TOAN QUY THAI | PLAINTIFF | | 11/29/2017 | |
| ANDREW WEISS | DEFENDANT | | 11/29/2017 | |
| NICOLE WILLIAMS | DEFENDANT | | 11/29/2017 | |
| MINH NGUYET NGUYEN | PLAINTIFF | | 11/29/2017 | |
| THIEN TRAN | DEFENDANT | | 11/29/2017 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| MOTION FOR CHANGE OF VENUE (TRANSFER) | 03/29/2018 | 01:30 | C33 | CRANDALL |
| CASE MANAGEMENT CONFERENCE | 03/28/2018 | 08:30 | C33 | |

Print this page