UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SACV 18-0390 PSG (DFMx) | Date | March 22, 2018 |
|---|---|---|---|
| Title | Andrew D. Weiss v. Anthony Nguyen | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Cheryl Wynn | Not Reported |
| Relief Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order GRANTING Plaintiff and Cross-Defendant's motion to remand

Before the Court is a motion to remand filed by Plaintiff Andrew D. Weiss and Cross-Defendant Thien Tran. *See* Dkt. # 20. Having read the motion, and for the reasons previously discussed in remand orders in related cases, *see* SACV 17-2081, Dkt. # 9; SACV 17-1928, Dkt. # 10; SACV 17-1674, Dkt. # 22, the Court **GRANTS** the motion to remand.

This action is hereby **REMANDED** to state court.

**IT IS SO ORDERED.**